Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

## for the

## Middle District of Florida

### TAMPA Division

Case No. 8:17 cv 899 T 33 AAS

*(to be filled in by the Clerk's Office)*

DAVID Bryan Lawson DC# 269584
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

G4S Transport
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
## (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---



Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name     DAVID Bryan Lawson

All other names by which
you have been known:

ID Number     DC# 269584

Current Institution     Columbia Correctional Institution

Address     216 SF corrections way

Lake city     Fl     32025

           *City*        *State*       *Zip Code*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name     G4S TRANSport

Job or Title *(if known)*     Contract Transport company

Shield Number     N|A

Employer     Pasco county sheriff Department

Address     20101 central Blvd

Lando' Lakes     Fl     34637

           *City*        *State*       *Zip Code*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name

Job or Title *(if known)*

Shield Number

Employer

Address

           *City*        *State*       *Zip Code*

☐ Individual capacity    ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name _____

Job or Title *(if known)* _____

Shield Number _____

Employer _____

Address _____

|  | City | State | Zip Code |
|---|---|---|---|

☐ Individual capacity     ☐ Official capacity

Defendant No. 4

Name _____

Job or Title *(if known)* _____

Shield Number _____

Employer _____

Address _____

|  | City | State | Zip Code |
|---|---|---|---|

☐ Individual capacity     ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983. you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Title II of The Rehibilition Act of 1973, section 504

Americans with Disabilities act of 1990

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens,* what constitutional right(s) do you claim is/are being violated by federal officials?

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

GHS Transport : Transported the Plaintiff in a manner Directly in violation with Title II The Rehabilitation act of 1973 and Section 504 The Americans with Disabilities act of 1990

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

In Transport vans Between columbia county and Pasco county, in Pasco county From Pasco county Jail To court Dates in Pasco county

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

Pasco County Jail

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.  What date and approximate time did the events giving rise to your claim(s) occur?

Between October 23, 2015 To December 23, 2015

D.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Attached

## V.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Brusing on Legs, Arms and Back. Further aggrivation of The Plaintiff ongoing major medical Issues, Due To The Defendant Deliberate violations of The Plaintiff's civil Right he suffered Great Pain, Injury To spine, and Legs and undo hardship.

## VI.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. To have sanction placed against The Defendants Certification To Transport any Person Disabled or Not until a in Depth Investigation can Be completed. To Award The Sum of no less Then 5 million Dollars To The Plaintiff For The Pain and suffering and undo hardship caused By The Defendants

Continued from Page 5
IV: Statement of Claim
Part: D

## G4S Transport

Date: Between October 13, 2015 and December 23, 2015

In October of 2015 Defendant took custody of Plaintiff from The Florida Dept. of Correction For Transport To Pasco County Sheriff's Dept. Jail. On The 13th of October, 2015 G4S used A wheelchair accessible van that meet all Requirements For The Transport of a Disabled Person That Needs a wheelchair Such as The Plaintiff.

During The 2 court Dates which G4S Transport Took The Plaintiff To The courthouse They used a NON-wheelchair Van Forcing Plaintiff To sit in a "Dogbox" on a 6" wide Bench with several Inmate. The Plaintiff's objections were met with Threats of force and confinement.

On December 23, 2015 During The Scheduled Return Of The Plaintiff To Columbia Correctional Institution G4S Transport Again use a NON-wheelchair Accessible van. This van was equiped with a Divided "Dog Box" which is in violation of all Civil Rights Given To Impaired Persons Guaranteed By Both The Rehabilitation act and Americans with Disabilities act. When The Plaintiff objected To The use of This van he Again was met with Threat of force and violence. Once he was Put in handcuffs, Shackles, and A Black Box The Plaintiff was made To Ride on The Floor Jammed Between The Dividing wall and The Bench, The Ride was over 3 1/2 hours long. G4S Transport Knew of The Plaintiffs need For wheelchair via The O.B.I.S.

Pro Se 14 (Rev 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Pasco county Jail, Land o' Lakes Florida

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

NCN-A.D.A. Compliant Transport

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.      Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.      If you did file a grievance:

1.  Where did you file the grievance?

Pasco County Jail

2.  What did you claim in your grievance?

New - A.D.A. Compliant Transport

3.  What was the result, if any?

Denied

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Filed An Appeal within The Time given, The Appeal was Denied

Pro Se 14 (Rev 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.      If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here:

N/A

2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G.      Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Plaintiff was Refused Copies of Grievance and Appeal

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s)    _____

Defendant(s)   _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.  Docket or index number

_____

4.  Name of Judge assigned to your case

_____

5.  Approximate date of filing lawsuit

_____

6.  Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☒ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s)    David Bryan Lawson

   Defendant(s)    Correct Care Solutions

2. Court *(if federal court, name the district; if state court, name the county and State)*

   Middle District, TAMPA Division

3. Docket or index number

   8:15-cv-2685-T-hep

4. Name of Judge assigned to your case

   E.A. Kovachevich   U.S. District Judge

5. Approximate date of filing lawsuit

   11/2015

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition    1/2017

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   Case Dismissed, No Appeal

   See Attached

Continued
Section ; D
Pg. 10

1. Parties To The Previous suit:
   Plaintiff : David Bryan Lawson
   Defendants: Corizon health care
                Janet Oliver, RN
                Loretta Dawson, ARNP
2. Middle District , Jacksonville Division
3. 3:16-cv-00561-HES-JBT
4. Joel Toomey   U.S. Magistrate .
5. September 2016
6. Pending

1. Parties To The Previous suit.
   Plaintiff : David Bryan Lawson
   Defendant: Chris Nocco, Sheriff .
                Pasco County Sheriff's Dept
2. Middle District , TAMPA Division
3. 8:17-cv-00622-EAK-MAP
4. E.A. Kovachevich , U.S. District Judge
5. 2/2017
6. Pending

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3-23-17

Signature of Plaintiff     Dave La

Printed Name of Plaintiff     David Bryan Lawson

Prison Identification #     DC# 269584

Prison Address     Columbia Correctional Institution

Lake city     Fl     32025

           *City*          *State*         *Zip Code*

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

           *City*          *State*         *Zip Code*

Telephone Number _____

E-mail Address _____